UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § | NO: WA:24-CR-00184(1)-ADA |
| (1) DUSTIN PAUL LEE | § § § | |

**ORDER**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed December 3, 2024, wherein the defendant (1) DUSTIN PAUL LEE waived appearance before this Court and appeared before United States Magistrate Judge Jeffrey C. Manske for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) DUSTIN PAUL LEE to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) DUSTIN PAUL LEE's plea of guilty to Count One (1) is accepted.

Signed this 17th day of December, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE